# Social Security Administration

Date: December 12, 2017
Claim Number: XXX-XX-6595DI

STELLA BOYADJIAN
63109 SAUNDERS ST
APT C1
REGO PARK NY 11374-3136

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

**Information About Supplemental Security Income Payments**
Beginning January 2018, the current Supplemental Security Income payment is $750.00 .

This payment amount may change from month to month if income or living situation changes.

Supplemental Security Income Payments are paid the month they are due. (For example, Supplemental Security Income Payments for March are paid in March.)

**Type of Supplemental Security Income Payment Information**
You are entitled to monthly payments as a disabled individual .

**Date of Birth Information**
The date of birth shown on our records is December 05, 1970.

**Suspect Social Security Fraud?**
Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**If You Have Questions**
We invite you to visit our web site at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local office at 877-255-1506. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
6344 AUSTIN STREET
REGO PARK, NY 11374

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

*Social Security Administration*