B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

Eastern District of New York

**In re Stella Boyadjian**

Case No. 18-40105

Chapter 7

**Debtor**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ..$5,000.00*

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . $5,000.00*

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$0.00 *Funds paid post-petition for post-petition services to be rendered

2. The source of the compensation paid to me was:

   ☐ Debtor              **X**  Other: Debtor's Parents

3. The source of compensation to be paid to me is:

   ☐ Debtor              **X**  Other: Debtor's Parents

4. **X** I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render the legal services set forth below:

   a. Motion to Dismiss the Adversary Proceeding
   b. Motion to Compel Arbitration in the Adversary Proceeding
   c. Answer in the Adversary Proceeding
   d. Court Appearances on the above Motions and at the Initial Case Conference
   e. Representation in relation to the 2004 Examination including to the extent necessary
   f. Motion Practice related to the 2004 Examination, and Court Appearances related to the 2004 Examination

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Legal Services beyond those set forth will require an additional retainer amount.

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

June 18, 2018

*/S/ Charles A. Higgs*

*Law Office of Charles A. Higgs*